# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-1129,         <u>Rashall Brackney-Wheelock v. City of Charlottesville</u>
                       3:22-cv-00035-NKM-RSB

TO:   Rashall M. Brackney-Wheelock

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 26, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [x] Corrected Brief filed 06/23/2023 citations do not reference correct page number of the corrected joint appendix filed 07/19/2023. Please refer to **Appendix Pagination & Brief Citation Guide** to correct. |
| [x] No description of the record exhibit. File a corrected joint appendix to include the video exhibits that were part of the record below. |
| [x] No statement that media was confirmed virus-free through virus scan. |

Naeemah R. Sims, Deputy Clerk
804-916-2704