# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 25, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.    23-1129,            <u>Rashall Brackney-Wheelock v. City of Charlottesville</u>
                           3:22-cv-00035-NKM-RSB

TO:    Rashall M. Brackney-Wheelock

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 31, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

> [x] Digital media files that are part of the record may be included in the joint appendix by creating a separate digital media volume of the joint appendix consisting of a cover page and table of contents.

> [x] The following information must be included in the table of contents or in a separate statement following the table of contents: (1) description of the record exhibit; (2) identification of a file format compatible with Windows Media Player (e.g., mp3, mp4, wav); and (3) statement that media was confirmed virus-free through virus scan.

Naeemah R. Sims, Deputy Clerk
804-916-2704