No. 23-01129

_____

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**RASHALL M. BRACKNEY-WHEELOCK, PH.D.,**

*Plaintiff- Appellant*

v.

**CITY OF CHARLOTTESVILLE, VA, ET AL.,**

*Defendants-Appellees.*

_____

On appeal from the United States District Court
for the Western District of Virginia
Charlottesville Division

_____

**JOINT APPENDIX
VOLUME II – DIGITAL MEDIA**

_____

Charles Tucker, Jr. (No. 19045)
Managing Partner
The Cochran Firm
8181 Professional Place, Suite 207
Hyattsville, MD 20785
Telephone: (301) 577-1175
Fax: 240-467-5787

*Counsel for Appellant*

David P. Corrigan (No. 26341)
Melissa Y. York (No. 7743)
P.O. Box 70280
Richmond, VA 23255
Telephone: (804) 747-5200
Fax: (804) 747-6085

*Counsel for Appellees*

## Joint Appendix
### Brackney-Wheelock v. City of Charlottesville et al, No. 23-01129

**VOLUME I**

District Court Docket as of March 10, 2023………………………… JA001
Filed Complaint dated June 15, 2022……………………………… JA013
Defendant's Motion To Dismiss by Brown dated August 30, 2022…. JA379
Defendant's Motion To Dismiss by Boyles dated August 30, 2022…. JA382
Defendant's Motion To Dismiss by City dated August 30, 2022 …… JA384
Defendant's Motion To Dismiss by Durrette dated August 30, 2022 .. JA387
Defendant's Motion To Dismiss
    by Hill and Magill dated August 30, 2022 ……………………JA390
Defendant's Brief In Support Of Motion to Dismiss
    by City dated August 30, 2022 ……………………………… JA393
Defendant's Motion To Dismiss by Mooney dated August 30, 2022.. JA473
Defendant's Motion To Dismiss
    by Robertson dated August 30, 2022 ………………………… JA476
Defendant's Motion To Dismiss by Snook dated August 30, 2022 … JA479
Defendant's Motion To Dismiss by Wheeler dated August 30, 2022.. JA482
Defendant's Brief In Support Of Motion to Dismiss
    by Brown dated August 30, 2022 …………………………… JA487
Defendant's Brief In Support Of Motion to Dismiss
    by Boyles dated August 30, 2022 …………………………… JA503
Defendant's Brief In Support Of Motion to Dismiss
    by Durrette dated August 30, 2022 …………………..…… JA542
Defendant's Motion For Leave To File Video Exhibits
    by City August 30, 2022 ………………….………………… JA662
Defendant's Brief In Support Of Motion to Dismiss
    by Hill and Magill dated August 30, 2022 ……………………JA664
Defendant's Brief In Support Of Motion to Dismiss
    by Mooney dated August 30, 2022 ………………………….. JA682
Defendant's Brief In Support Of Motion to Dismiss
    by Robertson dated August 30, 2022 ………………….…... JA701
Defendant's Brief In Support Of Motion to Dismiss
    by Snook dated August 30, 2022 …………………………… JA744
Defendant's Brief In Support Of Motion to Dismiss

by Wells dated August 30, 2022 ……………………………. JA775

Defendant's Brief In Support Of Motion to Dismiss
by Wheeler dated August 30, 2022 ………………………… JA793

Defendant's Motion To Dismiss
by Wells dated September 19, 2022 …..……………………. JA834

Plaintiff's Opposition To Defendant Boyles' Motion To Dismiss
dated October 7,2022……………………………………. JA837

Plaintiff's Memorandum In Support Opposition To Defendant Boyles'
Motion To Dismiss dated October 7,2022 ………………… JA841

Plaintiff's Opposition To Defendant Brown's Motion To Dismiss
dated October 7,2022……………………………………. JA917

Plaintiff's Opposition To Defendant City's Motion To Dismiss
dated October 7,2022……………………………………. JA921

Plaintiff's Memorandum In Support Opposition To Defendant City's
Motion To Dismiss dated October 7,2022 ………………… JA925

Plaintiff's Opposition To Defendant Durrette's Motion To Dismiss
dated October 7,2022……………………………………. JA1013

Plaintiff's Memorandum In Support Opposition To Defendant Durrette's
Motion To Dismiss dated October 7,2022 ………………… JA1017

Plaintiff's Opposition To Defendant Hill and Magill's Motion To Dismiss
dated October 7,2022……………………………………. JA1080

Plaintiff's Memorandum In Support Opposition To Defendant
Hill and Magill's Motion To Dismiss dated October 7,2022 …. JA1084

Plaintiff's Opposition To Defendant Mooney's Motion To Dismiss
dated October 7,2022……………………………………. JA1153

Plaintiff's Memorandum In Support Opposition To Defendant
Mooney's Motion To Dismiss dated October 7,2022 …. JA1157

Plaintiff's Opposition To Defendant Robertson's Motion To Dismiss
dated October 7,2022……………………………………. JA1228

Plaintiff's Memorandum In Support Opposition To Defendant
Robertson's Motion To Dismiss dated October 7,2022 …. JA1232

Plaintiff's Opposition To Defendant Snook's Motion To Dismiss
dated October 7,2022……………………………………. JA1302

Plaintiff's Memorandum In Support Opposition To Defendant
Robertson's Motion To Dismiss dated October 7,2022 …. JA1306

Plaintiff's Opposition To Defendant Wells' Motion To Dismiss
  dated October 7,2022…………………………………………    JA1380

Plaintiff's Memorandum In Support Opposition To Defendant
  Wells' Motion To Dismiss dated October 7,2022 ….    JA1384

Plaintiff's Opposition To Defendant Wheeler's Motion To Dismiss
  dated October 7,2022…………………………………………    JA1459

Plaintiff's Memorandum In Support Opposition To Defendant
  Wheeler's Motion To Dismiss dated October 7,2022 ….    JA1463

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Brown dated November 7, 2022 …………………………    JA1527

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Boyles dated November 7, 2022 …………………………    JA1537

Defendant's Reply Brief In Support Of Motion to Dismiss
  by City dated November 7, 2022 ……………………………    JA1550

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Durrette dated November 7, 2022 …………..……………    JA1572

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Hill and Magill dated November 7, 2022 …………………. JA1577

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Mooney dated November 7, 2022 ………………………    JA1585

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Roberstson dated November 7, 2022 ……………………    JA1593

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Snook dated November 7, 2022 …………………………    JA1600

Defendant's Reply Brief In Support Of Motion to Dismiss
  by Wheeler dated November 7, 2022 ………………………    JA1608

Order Granting Defendant's Motion to Dismiss
  dated January 20,2023………………………………………    JA1612

Memo Opinion Granting Defendant's Motion to Dismiss
  dated January 20,2023………………………………………    JA1613

Notice of Appeal ………………………………………………….    JA1652

**VOLUME II**

The following digital media files have been scanned for viruses and submitted in mp4 format:

1.    Exhibit 6 to City of Charlottesville's Brief In Support of Motion to Dismiss (ECF. No. 15).

2.    Exhibit 7 to City of Charlottesville's Brief In Support of Motion to Dismiss (ECF. No. 15)/ Exhibit 7 to Snook's Brief in Support of Motion to Dismiss (ECF No. 27)/ Exhibit 2 to Hill and Magill's Brief in Support of Motion to Dismiss (ECF No. 20).

3.    Exhibit 1 to Hill and Magill's Brief in Support of Motion to Dismiss (ECF No. 20).

5.    Exhibit 6 to Boyles's Brief in Support of Motion to Dismiss (ECF No. 21)

6.    Exhibit 6 to Snook's Brief in Support of Motion to Dismiss (ECF No. 27)