# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 22, 2023

_____

### DOCKET CORRECTION NOTICE

_____

No.  23-1129,  <u>Rashall Brackney-Wheelock v. City of Charlottesville</u>
                3:22-cv-00035-NKM-RSB

TO:  Rashall M. Brackney-Wheelock

BRIEF OR JOINT APPENDIX CORRECTION DUE:  September 27, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

> [x] Digital media files that are part of the record may be included in the joint appendix by creating a separate digital media volume of the joint appendix consisting of a cover page and table of contents. The following information must be included in the table of contents or in a separate statement following the table of contents: (1) description of the record exhibit; (2) identification of a file format compatible with Windows Media Player (e.g., mp3, mp4, wav); and (3) statement that media was confirmed virus-free through virus scan.

Naeemah R. Sims, Deputy Clerk
804-916-2704