## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 21, 2023

_____

### DOCKET CORRECTION NOTICE
_____

No.   23-1129,   <u>Rashall Brackney-Wheelock v. City of Charlottesville</u>
             3:22-cv-00035-NKM-RSB

TO:    Rashall M. Brackney-Wheelock

**CERTIFICATE OF SERVICE DUE:  January 2, 2024**

Please file the certificate/service information identified below by the due date indicated.

[✔] Please file the requested certificate of service. Use the **certificate/service list** entry to file the <u>required</u> certificate.

Kirsten Hancock, Deputy Clerk
804-916-2704